# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANCE M. WHITE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 11-433 |
| ) | |
| v. ) | Judge Fischer/ |
| ) | Magistrate Judge Kelly |
| CHRISTOPHER CAPOZZI, Deputy Attorney; ) | |
| General of Penn., Criminal Law Division; and ) | |
| AT LEAST 10 UNNAMED DEFENDANTS TO ) | |
| BE JOINED UPON RECEIPT OF PERSONAL ) | |
| INFORMATION SUCH AS ADDRESSES ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

The above-captioned *pro se* prisoner civil rights action was received by the Clerk of Court on April 1, 2011, and was referred to Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Magistrate Judge Bissoon's Report and Recommendation, ECF No. [4], filed on May 31, 2011, recommended that the case be dismissed due to Plaintiff's failure to prosecute and/or obey court orders. Service of the Report was made on the Plaintiff at his address of record. Plaintiff was informed that, in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and the local rules, he had a specific period of time in which to file his objections. Plaintiff filed no objections.

After the filing of the Report, this case was referred to Magistrate Judge Maureen P. Kelly. ECF No. [6].

After *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 5th day of July, 2011,

IT IS HEREBY ORDERED that the case is dismissed with prejudice for Plaintiff's failure to obey a court order/prosecute.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. [4], filed on May 31, 2011, by Magistrate Judge Bissoon, is adopted as the opinion of the Court. The Clerk is to mark the case closed.

Nora Barry Fischer
United States District Judge

cc:

LANCE M. WHITE
GA-2002
1100 Pike Street
Huntingdon, PA 16654-1112